UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLINT ARON DRAKE, and | ) | CASE NO. 15-18871-MER |
| LAURA KATHRYN DRAKE, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-1433 |
| CLINT ARON DRAKE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

SERVE:   1541 E. Saratoga Ct.
Gilbert, AZ 85296

## CERTIFICATE OF SERVICE/MAILING

I hereby certify that I have this 30th day of October, 2015, served a true and correct copy of **SUMMONS AND COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT** by placing in a depository of the United States Mail, bearing proper postage, duly addressed as follows:

**US Trustee**
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

**Clint Aron Drake**
1541 E. Saratoga Ct.
Gilbert AZ  85296

**Laura Kathryn Drake**
1541 E. Saratoga Ct.
Gilbert AZ  85296

**Nicholas H. Ores**
218 E. 6th Street
Loveland, Co  80537

*s/ Jennifer L. Mellott*
Jennifer L. Mellott