UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLINT ARON DRAKE, and | ) | CASE NO. 15-18871-MER |
| LAURA KATHRYN DRAKE, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-1433 |
| CLINT ARON DRAKE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

SERVE:    1541 E. Saratoga Ct.
Gilbert, AZ 85296

**CORPORATE OWNERSHIP STATEMENT**

In compliance with Bankr. R. 7007.1, plaintiff NextGear Capital, Inc. states that it is a wholly-owned subsidiary of Manheim Investments, Inc., which is a wholly-owned subsidiary of Cox Automotive, Inc., which is a wholly-owned subsidiary of Cox Enterprises, Inc. No publicly held company or investment fund holds 10% or more ownership interest in NextGear Capital, Inc.

Respectfully submitted this 30th day of October, 2015.

**NEXTGEAR CAPITAL, INC.**

By: *s/ Neal K. Dunning*
Neal K. Dunning, Esq.
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO  80222
Telephone:  (303) 329-3363
Facsimile:  (303) 393-8438
E-mail:  ndunning@bbdfirm.com
*Attorney for NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was served by First Class U.S. Mail or via the Court's ECF electronic filing on the following this 30th day of October, 2015:

**US Trustee**
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

**Clint Aron Drake**
1541 E. Saratoga Ct.
Gilbert AZ  85296

**Laura Kathryn Drake**
1541 E. Saratoga Ct.
Gilbert AZ  85296

COURTESY COPY TO:
**Nicholas H. Ores**
218 E. 6th Street
Loveland, Co  80537

**NEXTGEAR CAPITAL, INC.**

By: *s/ Neal K. Dunning*
Neal K. Dunning, Esq.