UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLINT ARON DRAKE, and | ) | CASE NO. 15-18871-MER |
| LAURA KATHRYN DRAKE, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01433 |
| CLINT ARON DRAKE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**INITIAL DISCLOSURES OF PLAINTIFF**
**PURSUANT TO FED. R.CIV. P. 26(a)**

Pursuant to Federal Rules of Civil Procedure 26(a), made applicable in this instance by Rule 7026 of the Federal Rules of Bankruptcy Procedure, the plaintiff, NextGear Capital, Inc. ("Plaintiff"), by and through its counsel, submits the following Initial Disclosures, and without waiving any objections states as follows:

A.  Individuals Likely To Have Discoverable Information That Plaintiff May Use To Support Its Claims.

The witnesses set forth below are likely to possess discoverable information that Plaintiff may use to support its claims against defendant:

1.   Clint Aron Drake, defendant

2.   Laura Kathryn Drake, co-debtor

3. Steven Norman Drake, former manager for defendant
2114 Meander Road
Windsor, CO  80550

4. Marc Alan Mackie, former manager for defendant
37050 Soaring Eagle Circle
Severance, CO  80550

5. Steve Koenig, criminal investigator with Colorado DMV
3030 South College Avenue
Fort Collins, CO  80525
Telephone: (970) 380-2241

6. Tamie Hollinger-Johnston, Account Executive
Available through counsel for Plaintiff

7. Jason Cook, Regional Director for Plaintiff
Available through counsel for Plaintiff

8. Tammy Noe, Default Risk Account Manager for Plaintiff
Available through counsel for Plaintiff

9. Lisa Stevens, Risk Administrator for Plaintiff
Available through counsel for Plaintiff

10. Kyle Eggum, Lot Auditor for Plaintiff,
Available through counsel for Plaintiff

11. Carolyn Lavern Treat, consumer purchaser of the
2014 Ram 2500 Laramie Longhorn, VIN 3C6UR5GL6EG141671
1038  23rd Street
Greeley, CO  80634
Telephone: (870) 404-2355

12. Chad Wilcox
Boulder Valley Credit Union
(Financed the 2014 Ram 2500 for Treat)
Telephone: (303) 473-4322

13. Deanette Kay Ruppel and Blair William Ruppel, consumer purchasers of the
2014 GMC 1500 SLT, VIN 3GTU2VEC1EG155932
21494 County Rd. 21
Fort Morgan, CO  80701
Telephone: (970) 380-2241

14. Jaye Dean Gordon, consumer purchaser of the
    2010 Chevrolet Silverado, VIN 1GCSKTE39AZ267402
    100 Nelson Road, #C
    Fort Morgan, CO 80701
    Telephone: (970) 380-4720

15. Tina L. Wickes
    Lending Manager for Coors Credit Union
    (Financed the 2010 Silverado for Gordon)
    Telephone: (303) 215-4664

16. Daniel Ryan Saylor, consumer purchaser of the
    2011 Audi A4, VIN WAUFFAFL6BN016870
    5321 W. Crestview Lane
    Fort Collins, CO 80526
    Telephone: (970) 213-7569

17. Rose Marie Kaump and Chrystian Kaump, consumer purchasers of the
    2005 Chevrolet Silverado, VIN 1GCHK29U55E268499
    701 6th Street, #67
    Windsor, CO 80550
    Telephone: (970) 420-9756

18. All witnesses identified by defendant.

19. All employees, agents, or representatives of defendant with knowledge of facts related to the claims or defenses in this case.

20. All employees, agents, or representatives of Magnum Motors of Loveland, LLC. with knowledge of facts related to the claims or defenses in this case.

21. All rebuttal and authenticating witnesses.

Plaintiff reserves the right to supplement this initial witness disclosure.

B.  Documents That Plaintiff May Use To Support Its Claims.

1.  Certificate of Merger attached to the Complaint as Exhibit A.

2.  Demand Promissory Note and Security Agreement executed April 22, 2014 and attached to the Complaint as Exhibit B.

3

3. UCC Financing Statement and subsequent amendments thereto and continuation statements thereof, attached to the Complaint collectively as Exhibit C.

4. Individual Personal Guaranty executed by Clint Aron Drake, attached to the Complaint as Exhibit D.

5. Affidavit of Carolyn Lavern Treat and exhibits thereto.

6. Affidavit of Deanette Kay Ruppel and exhibits thereto.

7. Affidavit of Jaye Dean Gordon and exhibits thereto.

8. Affidavit of Daniel Ryan Saylor and exhibits thereto.

9. Affidavit of Rose Marie Kaump and exhibits thereto.

10. Additional Retail Installment Contracts between Magnum Motors of Loveland, LLC and the purchasers of other missing Vehicles.

11. Business records of Plaintiff showing date and amount advanced for any missing Vehicles further identified by Plaintiff.

12. Lot audit notes.

13. Receivable Detail Report.

14. Receivable Detail – Write Offs Report.

15. SOT Vehicle Report.

16. Payments Received Report.

17. Collections Workbook – Writeoffs Report.

18. Floored Vehicle History Report.

19. All documents identified by Defendants.

20. All documents received through third parties.

Plaintiff reserves its right to supplement the documents identified to date as discovery progresses in this matter.

4

C. Computation Of Damages.

1. **COUNTS I and III:**

The following vehicles were sold by Defendant "out of trust" resulting in the following computation of damages which should be determined to be nondischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and (a)(6):

| Stock # | Date Floored | Vehicle Description | VIN | Unpaid Principal Balance |
|---|---|---|---|---|
| 107 | 08/29/2014 | 2013 JEEP WRANGLER | 1C4HJWFGXDL651339 | $ 29,433.38 |
| 112 | 09/11/2014 | 2014 GMC TRUCK 1500 SLT | 3GTU2VEC1EG155932 | $ 29,210.22 |
| 115 | 10/01/2014 | 2010 CHEVROLET SILVERADO 1500 | 1GCSKTE39AZ267402 | $ 19,015.20 |
| 122 | 10/17/2014 | 2011 AUDI A4 2.0T PRM+ | WAUFFAFL6BN016870 | $ 14,821.43 |
| 124 | 10/17/2014 | 2005 Chevrolet Silverado 2500 W/T | 1GCHK29U55E268499 | $ 17,613.00 |
| 126 | 10/17/2014 | 2015 JEEP WRANG SPT | 1C4BJWDGXFL521363 | $ 19,672.97 |
| 131 | 12/04/2014 | 2006 Dodge Ram 2500 SLT | 3D7KS29C76G179790 | $ 30,566.25 |
| 132 | 12/04/2014 | 2007 Chevrolet Silverado 2500 W/T | 1GCHK23617F535726 | $ 28,419.25 |
| 133 | 12/09/2014 | 2014 Ram 2500 Laramie Longhorn | 3C6UR5GL6EG141671 | $ 47,825.00 |
| | | | **TOTAL:** | **$ 236,576.70** |

2. **COUNT II ONLY:**

Defendant fraudulently requested and obtained financing from Plaintiff in the amount of Forty-Seven Thousand, Eight Hundred Twenty-Five and no/100 Dollars ($47,385.00) to floor plan a 2014 Ram 2500 Laramie Longhorn, Vehicle Identification Number 3C6UR5GL6EG141671, that Defendant knew had already been sold as of that date. Neither Defendant nor Magnum Motors of Loveland, LLC ever repaid Plaintiff in whole or in part for this fraudulently-requested advance. Therefore, the sum of Forty-Seven Thousand, Eight Hundred Twenty-Five and no/100 Dollars ($47,385.00) should be determined to be nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) for money, property, or extensions of credit obtained through actual fraud. (These damages are also included in the damages calculation for Counts I and III).

D.  Insurance Agreements.

Plaintiff is unaware of any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action, or to indemnify or reimburse payments made to satisfy the judgment.

In accordance with Federal Rule of Civil Procedure 26, made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure, Plaintiff reserves the right to supplement these Amended Initial Disclosures as additional information becomes known.

Respectfully submitted this 4th day of January, 2016,

**NEXTGEAR CAPITAL, INC.**

By:  *s/ Neal K. Dunning*
Neal K. Dunning
BROWN, BERARDINI, DUNNING, & WALKER P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO  80222
Telephone:  (303) 329-3363
Facsimile:  (303) 393-8438
E-mail:  ndunning@bbdwfirm.com
*Attorney forNextGear Capital, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached was served by First Class U.S. Mail or via the Court's ECF electronic filing on the following this 4th day of January, 2016:

**Nicholas H. Ores**
218 E. 6th Street
Loveland, Co  80537

**NEXTGEAR CAPITAL, INC.**

By:  *s/ Neal K. Dunning*
Neal K. Dunning, Esq.

6