UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLINT ARON DRAKE, and | ) | CASE NO. 15-18871-MER |
| LAURA KATHRYN DRAKE, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-1433 |
| CLINT ARON DRAKE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## JOINT SUBMISSION OF REPORT PURSUANT TO ORDER FOR COMPLIANCE WITH FED.R.BANKR.P.7026 (Fed.Civ.P. 26 (a) and (f))

The Plaintiff, NEXTGEAR CAPITAL, INC., by and through undersigned counsel, and Defendant, CLINT ARON DRAKE, by their undersigned counsel, file the following joint report pursuant to the Court's Order for Compliance with Rule 7026:

1.     Amended pleadings shall be filed, and/or additional parties shall be joined, by February 29, 2016.

2.     Parties will provide expert disclosure under Rule 26(a)(2), Fed.R.Civ.P. by June 22, 2016. Rebuttal Expert deadline will be July 13, 2016.  Expert discovery will be completed by September 1, 2016.

3.     All fact discovery shall be completed by June 22, 2016.

4.     Dispositive motions shall be filed by November 1, 2016; responses shall be filed 14 days after mailing of the dispositive motion.

5.     The parties do request that a final pretrial conference be held prior to trial.

6. The parties do not request the option of a Court sponsored mediation prior to trial, as provided in L.B.R. 9019-2, at this time.

7. The Parties consent to the Bankruptcy Court entering final orders.

8. Trial is expected to last one and one-half days.

Respectfully submitted this 6th day of January, 2016.

By: */s/Neal K. Dunning*
Neal K. Dunning, Reg. No. 10181
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO  80222
Telephone:     (303) 329-3363
Facsimile:      (303) 393-8438
E-mail:         ndunning@bbdfirm.com
*Attorney for NextGear Capital, Inc.*

By: */s/Nicholas H. Ores*
Nicholas H. Ores, Reg. No. 29603
218 East 6th Street
Loveland, CO 80537
Telephone:     (970) 461-0754
Cell:   (970) 215-2199
E-mail:         Nick@oreslaw.com
*Attorney for Clint Aron Drake*