UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| | | |
|---|---|---|
| Date: | **January 25, 2016** | HONORABLE MICHAEL E. ROMERO, Presiding |

| | | | | |
|---|---|---|---|---|
| In re: | **CLINT ARON DRAKE and LAURA KATHRYN DRAKE** | | Debtors. | **Case No. 15-18871 MER**<br>**Chapter 7** |
| | **NEXTGEAR CAPITAL, INC.** | | Plaintiff<br>v. | **Adversary Proceeding**<br>**No. 15-1433 MER** |
| | **CLINT ARON DRAKE and LAURA KATHRYN DRAKE** | | Defendants. | |

Appearances

| | | | |
|---|---|---|---|
| Plaintiff | | Counsel | **David Rich** |
| Defendant | | Counsel | **Nicholas Ores** |

Proceedings:   **Adversary Status and Scheduling**

Orders:

[X]   A trial scheduling conference will be held on Monday, November 28, 2016, at 1:30 p.m.  Parties wishing to participate by telephone may call 1-888-684-8852.  The Access Code is 9288499.  A separate scheduling order and notice of hearing will enter.

[X]   On or before February 8, 2016, any party wishing to may file a report stating whether or not they consent to this Court's authority to enter final judgment herein.  Failure by a party to file such a report will be deemed to be implied consent to the Court's authority to enter final judgment with respect to all claims asserted in this matter.

Date: **January 25, 2016**

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: _____