UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLINT ARON DRAKE and | ) | CASE NO. 15-18871-MER |
| LAURA KATHRYN DRAKE, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 15-01433-MER |
| CLINT ARON DRAKE, | ) | |
| | ) | |
| Defendant | ) | |

## CONSENT JUDGMENT

The plaintiff in this action, NextGear Capital, Inc. ("Plaintiff"), filed this adversary proceeding seeking a determination that certain debts owed by Clint Aron Drake ("Defendant") to Plaintiff are not dischargeable. No adverse interest appears requiring notice pursuant to Bankruptcy Rule 2002. Accordingly, with the consent of the Parties evidenced by the signatures of Plaintiff's counsel and the Defendant on this judgment,

IT IS HEREBY ORDERED that judgment is hereby entered in favor of Plaintiff and against the Defendant in the amount of Ninety Thousand and no/100 Dollars ($90,000.00) (the "Judgment");

AND IT IS FURTHER ORDERED that the Judgment is hereby determined to be nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6).

Dated April 1, 2016

By the Court:

Kenneth S. Gardner, Clerk

*[signature]*
Michael E. Romero
Bankruptcy Judge

Approved as to form:

By: *[signature]*
Deputy Clerk

Consented to by:

*[signature]*
Clint Aron Drake

Presented by:

NEXTGEAR CAPITAL, INC.

By: *[signature]*
Neal K. Dunning
BROWN, BERARDINI & DUNNING, P.C.
2000 South Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
Telephone: (303) 329-3363
E-mail: ndunning@bbdfirm.com
Attorney for NextGear Capital, Inc.

CLINT ARON DRAKE

By: *[signature]*
Nicholas H. Ores
Attorney at Law
218 East 6th Street
Loveland, CO 80537
Telephone: (970) 461-0754
E-mail: nick@oreslaw.com
Attorney for Clint Aron Drake