UNITED STATES BANKRUPTCY COURT
District of Colorado

---

In re: Clint Aron Drake and Laura Kathryn Drake
Debtor(s),

Bankruptcy Case No.: 15-18871-MER
Chapter: 7

NEXTGEAR CAPITAL, INC.

                Plaintiff,

  v.

Drake

              Defendant.

Adversary No.: 15-1433-MER

---

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 4/1/2016:

CONSENT JUDGMENT:   The plaintiff in this action,  NextGear Capital, Inc. ("Plaintiff "), filed this adversary proceeding seeking a determination that certain debts owed by Clint Aron Drake ("Defendant") to Plaintiff are not dischargeable. No adverse interest appears requiring notice pursuant to Bankruptcy Rule 2002.  Accordingly,  with the consent of the Parties evidenced  by the signatures of  Plaintiff s counsel and  the Defendant  on this judgment,   IT IS HEREBY ORDERED that judgment  is hereby entered in favor of Plaintiff and against the Defendant in the amount of Ninety Thousand and no/100 Dollars ($90,000.00) (the "Judgment");   AND IT IS FURTHER ORDERED that the Judgment is hereby determined to be nondischargeable pmsuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6).

                                            FOR THE COURT:
                                            Kenneth S. Gardner, Clerk